**Order filed November 19, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00729-CV
_____

## IN THE MATTER OF J.A.A., JR.

On Appeal from County Court at Law No. 4
Fort Bend County, Texas
Trial Court Cause No. 20-CJV-023528

## ORDER

This is an accelerated appeal from an order of a juvenile court waiving jurisdiction and transferring appellant to criminal district court signed October 2, 2020. The notice of appeal was due October 22, 2020. *See* Tex. Fam. Code Ann. § 56.01(h); Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on October 26, 2020, a date within 15 days of the due date for the notice of appeal.

A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997); *see Hone v. Hanafin*, 104 S.W.3d 884, 885 (Tex. 2003) (per curiam) (applying *Verburgt* to accelerated appeals). Appellant did not file a motion

to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **November 30, 2020**. *See* Tex. R. App. P. 26.3, 10.5(b). If appellant does not comply with this order, we may dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.